# 930 CASES REPORTED WITH BRIEF SYLLABI.

Morris Levin, Appellant, v. William A. White & Sons, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Leonard Paulson and Others, Doing Business under the Firm Name, etc., Respondents, v. Jesse V. Palmer Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Agis T. Nicholson.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Vincenzo Caesaro.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Samuel Geller v. Rhinelander Waldo, as Police Commissioner of the City of New York.— Motion to dismiss writ granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sophia Kornobis, an Infant, etc., v. Caroline Forster.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Antonio Iorio v. Pasquale Piccini and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sure Seal Company v. Charles C. Loeber and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Angelo Micelli v. Salvatore Squillaci.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph T. McCaddon v. Mexican National Packing Company, Limited. — Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Crystal Glass and Syphon Bottle Manufacturing Company, Feigl, Moravek & Company, Limited, Libochovice, v. Ernst Feigl.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Josephine Hickey v. Latham G. Reed.— Motion to dismiss appeal granted, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Arthur M. Slaughter v. George Rottmann.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Demetrio Mouratoupoulo v. Jobson-Gifford Company.— Motion to dis-